UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER CAMPOS,**  Plaintiff,  vs.  **PREMISE HEALTH, et al.,**  Defendants. | **2:21-CV-12506-TGB-EAS**  **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE** as to Defendants OMERS, OMERS Private Equity, and OMERS Bluejay Holdings, Inc.

Dated at Detroit, Michigan:  April 10, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE