UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER CAMPOS,<br><br>Plaintiff,<br><br>vs.<br><br>PREMISE HEALTH,<br><br>Defendant. | 21-CV-12506<br><br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE TERRENCE G. BERG |

Parties reached a resolution in this matter during a settlement conference held before Magistrate Judge Elizabeth Stafford on August 18, 2023. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2023